# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Bacasegua-Barriga<br><br>_____<br>Defendant | )<br>)    Case No.   CR-22-2653-TUC-JGZ(LCK)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jose Bacasegua-Barriga
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:371 Conspiracy to smuggle goods from the United States

Date: 12/09/2022

City and state: Tucson, Arizona

cc: AUSA, USMS, PTS

*Issuing officer's signature*
s/ Debra D. Lucas, Clerk
K. Hughes, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/9/2022, and the person was arrested on *(date)* 12/15/2022
at *(city and state)* Phoenix, AZ.

Date: 12/15/2022

*Arresting officer's signature*

MATTHEW SCHRANGER SPECIAL AGENT, HSI
*Printed name and title*