**Guenevere Nelson-Melby**
**NELSON-MELBY LAW, PLLC**
**P.O. Box 65568**
**Tucson, AZ 85728**
**TEL: (520) 306-8933**
*GUENEVERE NELSON-MELBY, AZBAR #024745*
nelsonmelbylaw@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff<br><br>vs.<br><br>Jose Bacasegua-Barriga<br><br>Defendant | Case No. CR22-02653-JGZ-LCK<br><br>**MOTION TO MODIFY CONDITIONS OF RELEASE** |

Jose Bacasegua-Barriga, through Counsel, respectfully request a modification of his conditions of release, specifically to allow him to travel to Mexico for three days to visit his mother, who lives in Nogales, Sonora. His mother is ill.

Pretrial Services Office Cynthia Mendez has no objection to this travel as long as Mr. Bacasegua-Barriga checks in with her before and after his trip, and gives her the detailed information that she requests about the visit.

/

1

Assistant U.S. Attorney Craig Russsell does not object to this motion.

Submitted this 17th day of May, 2023

*Guenevere Nelson-Melby*

Guenevere Nelson-Melby
Attorney for Material Witness